# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America ) | Case No. 3:17-mj-00055-WGC |
| v. ) | |
| JONATHAN SALEVAO ) | |
| ) | Charging District: Northern District of California |
| *Defendant* ) | Charging District's Case No. CR 16-00516 HSG |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Ronald V. Dellums Fed. Building & U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom No.: 4 |
|---|---|
| | Date and Time: 5/8/2017 9:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 05/03/2017

*Judge's signature*

William G. Cobb U.S. Magistrate Judge
*Printed name and title*



✓ FILED
___ ENTERED
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY